IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00157-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | AMENDED ORDER[1] |
| | ) | |
| IMTIAZ SHAREEF (3) | ) | |
| | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant to extend the deadline for self-reporting to his designated Bureau of Prisons facility for service of his sentence, (Doc. No. 172), which the government does not oppose.

For the reasons stated in the defendant's motion, the Court finds that the defendant has good cause to extend the deadline for reporting to serve his sentence.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is GRANTED and the deadline for self-reporting is extended until October 24, 2019, during which he shall remain under the previously ordered bond conditions (Doc. No. 15: Order Setting Conditions of Release).

---

[1] The original Order, (Doc. No. 173), is amended to correct a typographical mistake in the report date.

The Clerk is directed to certify copies of this Order to the defendant, counsel for the defendant, the United States Attorney, the United States Probation Office, and the United States Marshals Service.

Signed: September 23, 2019

Robert J. Conrad, Jr.
United States District Judge