IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00157-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| IMTIAZ SHAREEF (3) | ) |
| | ) |

**THIS MATTER** comes before the Court upon the defendant's Redaction Request, pursuant to Fed. R. Crim. P. 49.1. (Doc. No. 204), to which the government has not objected.

Unless a court orders otherwise, filings that contain personal data identifiers may only include portions of such information as detailed in Rule 49.1(a). Here, the defendant requests redaction of the names of his minor children in the sentencing hearing transcript, (Doc. No. 202 at 8). The Court finds good cause to order the substitution of initials for the minors' names in the transcript not filed under seal.

**IT IS, THEREFORE, ORDERED** that the defendant's Redaction Request, (Doc. No. 204), is **GRANTED**, and the Court Reporter shall:

1. Substitute initials for names in the places designated in the Redaction Request; and
2. Submit the redacted transcript to the Clerk of Court for filing not under seal.

The Clerk is directed to certify copies of this Order to counsel for the defendant, the United States Attorney, the Court Reporter, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: February 18, 2020

*[signature]*

Robert J. Conrad, Jr.
United States District Judge